UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>        Petitioner,<br><br>    v.<br><br>D. DAVEY,<br><br>        Respondent. | No.  2:19-cv-1453 MCE AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 3, 2019, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 9.  Petitioner has filed objections to the findings and recommendations.  ECF No. 10.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The findings and recommendations filed September 3, 2019 (ECF No. 9), are

3    ADOPTED in full;

4         2.  This action is DISMISSED because it is duplicative of petitioner's prior habeas

5    petitions, see Rule 4, Rules Governing § 2254 Cases;

6         3.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. §

7    2253; and

8         IT IS SO ORDERED.

9    Dated:  October 11, 2019

10

11   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28